IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVIS,<br><br>Defendant and Judgment Debtor.<br><br>US BANK,<br><br>Garnishee. | Case No.: 2:16MC00126-GEB-EFB<br><br>[~~proposed~~] **STIPULATED FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No.: 2:15CR00062-GEB |

The Court, having reviewed the court files and the Parties Stipulation for Final Order of Garnishment (the "Stipulation"), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS SO ORDERED that:

1. The United States request for an order of garnishment in the amount of $21,229.69 is GRANTED;

2. US Bank shall DELIVER, within fifteen (15) days of the filing of this Order, a cashier's check, money order or company draft in the sum of $20,219.04 drawn from defendant and judgment debtor John Davis's bank account(s). The instrument of payment must be made payable to the "Clerk of the Court" and delivered to the United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. US Bank shall also state the criminal case number

2:15CR00062-GEB on the payment instrument.

3. US Bank shall DELIVER, within fifteen (15) days of the filing of this Order, a cashier's check, money order or company draft in the sum of $1,010.65 drawn from defendant and judgment debtor John Davis's bank account(s). The instrument of payment must be made payable to the "Department of Justice" and mailed to U.S. Department of Justice, Nationwide Central Intake Facility, Post Office 790363, St. Louis, Missouri 63179-0363. US Bank shall also state the United States Attorney's Office case number 2016A69182 on the payment instrument.

4. US Bank shall RELEASE its hold on the remaining balance of funds to Defendant's control.

5. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated: 8/1/16

EDMUND F. BRENNAN
Chief United States Magistrate Judge